UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROBERT HERSKOWITZ,                      :
                                        :
                Plaintiff,              :
                                        :     04 Civ. 4582 (JSR)
                -v-                     :
                                        :        ORDER
                                        :
NACHMAN KANOVSKY,                       :
                                        :
                Defendant.              :
----------------------------------------X

JED S. RAKOFF, U.S.D.J.

        For the reasons stated from the bench, see transcript,

8/19/04, the instant matter is hereby dismissed without

prejudice. Clerk to enter judgment.

        SO ORDERED.

                                _____
                                JED S. RAKOFF, U.S.D.J.


Dated:     New York, New York
           August 19, 2004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-04